ORDERED.

Dated: October 06, 2015

*Michael G. Williamson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| SCRUB ISLAND DEVELOPMENT GROUP LIMITED, | Case No. 8:13-bk-15285-MGW |
| SCRUB ISLAND CONSTRUCTION LIMITED, | *Jointly Administered with* |
| | Case No. 8:13-bk-15286-MGW |
| Debtors. _____/ | |
| SCRUB ISLAND DEVELOPMENT GROUP LIMITED and SCRUB ISLAND CONSTRUCTION LIMITED, | |
| Plaintiffs, | |
| vs. | Adv. Proc. No. 8:13-ap-01071-MGW |
| FIRSTBANK PUERTO RICO, | |
| Defendant. _____/ | |

**ORDER VACATING JUDGMENT AND DISMISSING CLAIMS WITH PREJUDICE**

THIS PROCEEDING came on for consideration on the Stipulation to Vacate Judgment and Dismiss Claims with Prejudice (Adv. Doc. No. 86) (the "Stipulation") filed by the

Plaintiffs, Scrub Island Development Group Limited and Scrub Island Construction Limited (the "Plaintiffs"), and Defendant, FirstBank Puerto Rico (the "Defendant" and collectively with the Plaintiffs, the "Parties"), and the Court having reviewed the Stipulation, being advised of the agreement of counsel of the Parties, and otherwise being duly advised on the premises, it is

**ORDERED** that the Final Judgment Granting Permanent Injunction and Granting Motion to Require Receiver to Turn Over Property (Adv. Doc. No. 63) is vacated, and all claims of the Parties are hereby dismissed, with prejudice. Each party to bear its own attorneys' fees and costs, all subject to and in accordance with the Stipulation.

Attorney Daniel R. Fogarty is directed to serve a copy of this order on those parties receiving notice via cm/ecf and file a proof of service within 3 days of entry of the order.